**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>16-80107-CR-ROSENBERG</u>**

**UNITED STATES OF AMERICA,**

      v.

**DAYNE ANTANI CHRISTIAN,**
    a/k/a "Shakur," and
**DARREN ARNESS JACKSON,**
    a/k/a "Daoud,"

     **Defendants.**

_____/

**UNITED STATES' MOTION PURSUANT TO U.S.S.G.**
**§ 5K1.1 FOR A DOWNWARD DEPARTURE FROM THE**
**<u>GUIDELINE RANGE APPLICABLE TO DEFENDANTS</u>**

The United States, through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines for a downward departure from the sentencing guideline range applicable to defendants Christian and Jackson, in order to reflect the defendants' substantial assistance in the prosecution of others. In support of this motion, the United States avers as follows:

    1.    Defendant Christian plead guilty to Count One of the Indictment charging him with Conspiracy to Provide Material Support to a Foreign Terrorist Organization (Islamic State of Iraq and the Levant), in violation of Title 18, United States Code, Section 2339B(a)(1), and Count Five Being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

    2.    On March 29, 2017, defendant Christian, pursuant to a written plea agreement, entered a plea of guilty. Pursuant to the plea agreement entered into by the defendant with the

United States, the defendant agreed to cooperate fully with the United States in the prosecution of others.

3. Christian assisted the government in the prosecution of his co-defendant, Hubbard, by providing complete and truthful information concerning his knowledge of his criminal activities.

4. Based on his criminal history category, and a three level reduction for acceptance of responsibility, the defendant's total offense level is 35 with a criminal history category of VI. PSI ¶ 138. The advisory guideline imprisonment range is 292 to 365 months, however, the statutory maximum for Count One is 20 years and for Count Five is 10 years. PSI ¶ 137.

5. Co-Defendant Hubbard and the United States entered into an agreement to recommend to the court that he be sentenced to a term of 144 months' (12 years) imprisonment, followed by a term of supervised release for life.

6. For the reasons stated above, the United States believes the defendant has provided substantial assistance in the prosecution of another and that Christian's sentence should be a term of 120 months (10 years) imprisonment, followed by a term of supervised release, to reflect that fact.

7. Defendant Jackson plead guilty to Count One of the Indictment charging him with Conspiracy to Provide Material Support to a Foreign Terrorist Organization (Islamic State of Iraq and the Levant), in violation of Title 18, United States Code, Section 2339B(a)(1).

8. On April 4, 2017, defendant Jackson, pursuant to a written plea agreement, entered a plea of guilty. Pursuant to the plea agreement entered into by the defendant with the United States, the defendant agreed to cooperate fully with the United States in the prosecution of others.

9. Jackson assisted the government in the prosecution of his co-defendant, Hubbard,

by providing complete and truthful information concerning his knowledge of his criminal activities.

10. Based on the criminal history category, and a three level reduction for acceptance of responsibility, the defendant's total offense level is 35 with a criminal history category of VI. PSI ¶ 121. The advisory guideline imprisonment range is 292-365 months, however, the statutory maximum for Count One is 20 years. Id.

11. For the reasons stated above, the United States believes the defendant Jackson has provided substantial assistance in the prosecution of others and that his sentence should be a term of 96 months' (8 years) imprisonment, followed by a term of supervised release, to reflect that fact.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests pursuant to U.S.S.G. § 5K1.1 that this Court depart downward from the applicable advisory guideline range in accordance with the government's evaluation of the nature and significance of the defendants' cooperation which has been presented herein.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:  /s/*Karen E. Gilbert*
KAREN E. GILBERT
Assistant United States Attorney
Fla. Bar No. 771007
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9161
(305) 536-4675 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Karen E. Gilbert*
Assistant United States Attorney